IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KABUSHIKI KAISHA TOO MARKER PRODUCTS, INC., a Japanese Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL CREATIVE, INC., an Oregon Corporation, JOHN DARLAND, an individual, HILLARY DARLAND, an individual, and IMAGINATION INTERNATIONAL, INC., an improperly dissolved Oregon Corporation<br><br>    Defendants.<br><br>GLOBAL CREATIVE, INC., an Oregon Corporation, JOHN DARLAND, an individual, HILLARY DARLAND, an individual, and IMAGINATION INTERNATIONAL, INC., an improperly dissolved Oregon Corporation,<br><br>    Counterclaim Plaintiffs<br><br>    v.<br><br>KABUSHIKI KAISHA TOO MARKER PRODUCTS, INC., a Japanese Corporation<br><br>    Counterclaim Defendants. | Case No. 6:21-cv-01115-MC<br><br>JUDGMENT |

JUDGMENT

MCSHANE, Judge:

Based upon the Finding of Fact and Conclusions of Law [94], judgment entered for defendant as to first, second and fourth claims and for plaintiff as to counterclaim for sanctions. This action is dismissed.

IT IS SO ORDERED.

Dated this 14th day of March, 2024.

                                                _____/s/ Michael McShane_____
                                                Michael McShane
                                                United States District Judge

JUDGMENT